1
2
3
4
5
6

7                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON
8

9  KENNETH L. DILLON,              )
                                    )   No.  CV-09-3043-CI
10                Plaintiff,        )
                                    )
11 v.                               )   ORDER GRANTING STIPULATED
                                    )   MOTION FOR REMAND PURSUANT
12 MICHAEL J. ASTRUE,               )   TO SENTENCE FOUR OF 42
   Commissioner of Social           )   U.S.C. 405(g)
13 Security,                        )
                                    )
14                Defendant.        )

15

16      BEFORE THE COURT is the parties' stipulated Motion for remand
17 of the above-captioned matter to the Commissioner for additional
18 administrative proceedings.  (Ct. Rec. 29.)  Attorney D. James Tree
19 represents Plaintiff Kenneth L. Dillon; Special Assistant Untied
20 Sates Attorney Daphne Banay represents Defendant.  The parties have
21 consented to proceed before a magistrate judge.  (Ct. Rec. 7.)
22 After considering the stipulation of the parties,

23      **IT IS ORDERED:**

24      1.   The parties' stipulated Motion for Remand **(Ct. Rec. 29)** is
25 **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the
26 Commissioner of Social Security for further administrative
27 proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On
28 remand, the administrative law judge (ALJ) will update the medical

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

record with existing evidence from treating sources to include medical source statements; the ALJ will further evaluate the severity of Plaintiff's mental impairments; the ALJ will further evaluate whether Plaintiff's impairments meet or equal the severity requirements of any impairment in the Listings of Impairments, including Listings 1.04A and 1.04C; the ALJ will further evaluate the medical source opinions of record, including the opinions of Dr. Bothamley (Tr. 341-44); Dr. Gaffield (Tr. 446-51, 452-58), Dr. Humann (Tr. 435), Mr. Woolpert (Tr. 347-50); Mr. Woolpert and Dr. Humann (Tr. 443-45), and Dr. Toews (Tr. 459-63); the ALJ will further evaluate Plaintiff's subjective complaints; the ALJ will further evaluate Plaintiff's residual functional capacity; and if the sequential evaluation proceeds to step five, the ALJ will reevaluate, with the assistance of VE testimony, Plaintiff's ability to perform other work in the national economy.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment (**Ct. Rec. 24**) is granted as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED July 30, 2010.

                S/ CYNTHIA IMBROGNO
          UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2