# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

KENNETH L. DILLON,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-09-3043-CI

**JUDGMENT IN A CIVIL CASE**

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff.

DATED: July 30, 2010

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk